**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-2008**

_____

M. EUGENE GIBBS,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA; DEPARTMENT OF
DEFENSE, (DCMAO); DEPARTMENT OF LABOR; GEORGE
MOORE; DOES 1-5; DUANE A. CAESAR,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  J. Frederick Motz, District Judge.
(CA-02-45-JFM)

_____

Submitted:  February 2, 2004        Decided:  June 14, 2004

_____

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

M. Eugene Gibbs, Appellant Pro Se.  Allen F. Loucks, Jennifer
Lilore Huesman, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore,
Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

M. Eugene Gibbs appeals from the district court's denial of his motions for reconsideration and for injunctive relief. Because we agree with the district court that Gibbs' motions were frivolous, we dismiss the appeal. To the extent that Gibbs seeks release from prison, he must pursue such relief in his criminal case. We deny all of Gibbs' pending motions, including his motions for habeas corpus relief, to expedite, to amend his notice of appeal, and for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED
